IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

C2F, INC., an Oregon
corporation,

08-CV-479-AC

        Plaintiff,

ORDER

v.

BEE PAPER COMPANY, INC., a New
Jersey corporation, THE ESTATE
OF GRACE M. BIELEFELDT, THE
IRREVOCABLE GRACE BIELEFELDT
LIFE INSURANCE TRUST,
PRINCIPAL FINANCIAL GROUP,
INC., an Iowa corporation,
COMPUSHARE, INC., a Delaware
corporation, and JOHN DOES 1-
20,

        Defendants.


**David R. Ambrose**
**Barton C. Bobbitt**
**James Ryan Kirchoff**
Ambrose Law Group LLC
322 N.W. 6th Avenue, Suite 100
Portland, OR 97209
(503) 222-0552

      Attorneys for Plaintiff


**Robert B. Hopkins**
Landye Bennett Blumstein, LLP
1300 S.W. Fifth Avenue Suite 3500

1  -  ORDER

Portland, OR 97201
(503) 224-4100

**J. Stephen Werts**
Cable Huston Benedict Haagensen & Lloyd
1001 S.W. Fifth Avenue
Suite 2000
Portland, OR 97204-1136
(503) 224-3092

**Philip S. Van Der Weele**
K&L Gates LLP
222 S.W. Columbia Street
Suite 1400
Portland, OR 97201-6632
(503) 228-3200

     Attorneys for Defendants

**BROWN, Judge.**

  Magistrate Judge John V. Acosta issued Findings and
Recommendation (#41) on September 22, 2008, in which he
recommended this Court DENY Defendants' Motion to Dismiss
(#15) and GRANT Defendants' alternative Motion to Stay (#15).
The matter is now before this Court pursuant to 28 U.S.C.
§ 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

  Because no objections to the Magistrate Judge's Findings and
Recommendation were timely filed, this Court is relieved of its
obligation to review the record *de novo*. *Britt v. Simi Valley
Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See
also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir.
1983). Having reviewed the legal principles *de novo*, the Court
does not find any error.

2 - ORDER

**CONCLUSION**

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#41).  Accordingly, the Court **DENIES** Defendants' Motion to Dismiss (#15) and **GRANTS** Defendants' alternative Motion to Stay (#15).

IT IS SO ORDERED.

DATED this 28th day of October, 2008.


/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

3 - ORDER